GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA  95014
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Plaintiff
IMPLICIT CONVERSIONS, INC.

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPLICIT CONVERSIONS, INC, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>       vs.<br><br>JACOB STINE, an individual, JUANITA TRAVERS STINE, an individual, SAYED MAHMOUD ALAWI, an individual, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.  3:24-cv-03744-WHO<br><br>[PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RETRAINING ORDER AND ORDER TO SHOW CAUSE |

Upon review of Plaintiff Implicit Conversion, Inc.'s ("Implicit") Motion for Temporary Restraining Order and Order to Show Cause ("Motion"), the supporting declaration, exhibits, and the entire record in this matter, and good cause appearing, the Motion is GRANTED.

The Court orders as follows:

(1) Jacob Stine and Juanita Stine are enjoined from accessing Implicit's computer systems;

(2) Jacob Stine and Juanita Stine are enjoined from acquiring, using or disclosing any of Implicit's confidential, proprietary, and trade secret information; and

(3) Jacob Stine is directed to return all Implicit confidential information and all Implicit property, including but not limited to all digital files and all equipment from the La Honda data center.

### ORDER TO SHOW CAUSE

No later than _____, Defendants shall show cause why a preliminary injunction continuing in effect this Court's temporary restraining order shall not continue. Plaintiffs may file a response no later than _____. The hearing on the order to show cause will be held on _____, at _____.

IT IS SO ORDERED.

DATED: _____

Honorable William H. Orrick
United States District Judge