GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA  95014
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Plaintiff
IMPLICIT CONVERSIONS, INC.

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPLICIT CONVERSIONS, INC, a Delaware Corporation,<br><br>                              Plaintiff,<br><br>              vs.<br><br>JACOB STINE, an individual, JUANITA TRAVERS STINE, an individual, SAYED MAHMOUD ALAWI, an individual, and DOES 1-10, inclusive,<br><br>                              Defendants. | Case No.  3:24-cv-03744-WHO<br><br>**REPLY DECLARATION OF ROBIN LAVALLEE IN SUPPORT OF IMPLICIT'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014

I, Robin Lavallee, declare that:

1.     I have personal knowledge of the facts stated herein.  If called upon as a witness, I could and would testify competently to the following facts.

2.     I have had an opportunity to review Jacob Stine's Declaration in Opposition to Implicit's Motion for a Temporary Restraining Order and Order to Show Cause ("Stine Declaration") and I believe further information would be of benefit to the Court.

**Implicit's Use Of Stripe Atlas For Signature And Maintenance Of Corporate Documents**

3.     I understand from the Stine Declaration that Jacob Stine claims not to remember having signed or denies signing various documents including the Board resolution adopting Implicit's Bylaws, and the Confidential Information and Invention Assignment Agreement ("CIIAA"), both dated January 24, 2023.

4.     Jacob Stine also implies that Implicit corporate governance documents and a CIIAA that he himself signed were created in May 2024 and backdated as part of a "clean up" engineered by Implicit's counsel.

5.     This is nonsense.  No corporate governance documents were created after the fact or backdated.  All documents were signed in the regular course of business, on the dates reflected on these documents.  All documents bearing Jacob Stine's electronic signature were signed by Jacob Stine through Stripe Atlas, as is further described below.

6.     As part of the incorporation process, Implicit used a web-based service called Stripe Atlas to generate legal documents related to incorporation and to track and secure electronic signatures on such documents.

7.     Stripe Atlas is a product marketed to founders to "handle the paperwork" of a new corporation, including generating and filing articles of incorporation in Delaware, preparing bylaws, preparing board consents, create confidential information and assignment agreements and create common stock purchase agreements.  A description of Stripe Atlas can be found at www.stripe.com/atlas, which I last visited on July 23, 2024.

8.     Not only can Stripe Atlas templates be used to generate these documents, but as part of the Stripe Atlas workflow, it allows the user to enter key information into its templates

REPLY DECLARATION OF ROBIN LAVALLEE
CASE NO.: 3:24-cv-03744-WHO

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014

and then allows the required signatories to these documents to e-sign them using Stripe Atlas. Stripe Atlas stores these documents as corporate records.

9.    Implicit has had an account with Stripe Atlas since November 20, 2022.

10.    I understand that Jacob Stine is now feigning ignorance of Stripe Atlas and questions the provenance of the electronic signatures attributed to him that Stripe Atlas generated.

11.    But Jacob Stine was aware of Stripe Atlas when Implicit first acquired it and used Stripe Atlas to sign relevant documents.

12.    On November 21, 2022, Stripe Atlas sent an email to Jacob Stine's email box at Implicit to notify him that I had added him as a founder on Stripe Atlas and providing him links to directly access his Stripe Access account.  A true and correct copy of this email is attached as Exhibit **A**.

13.    In November 2022, on behalf of Implicit and with Jacob Stine's approval, I used Stripe Atlas to generate and file Implicit's certificate of incorporation with the Delaware Division of Corporations.

14.    In January 2023, on behalf of the Implicit and with Jacob Stine's approval, I used Stripe Atlas to generate Implicit's Bylaws, generate Common Stock Purchase Agreements ("CSPA") for myself and Jacob Stine, generate board approvals for such stock issuances, and generate CIIAs for myself and Jacob Stine.  I also used Stripe Atlas to generate the board approval finalizing incorporation, approving Implicit's Bylaws, and naming its board-appointed officers.

15.    A user is able sign a document in Stripe Atlas by clicking on a button indicating a desire to sign, after which Stripe Atlas generates an electronic signature on the document.

16.    Each of the documents presented to the Court bearing Jacob Stine's electronic signature were signed by Jacob Stine through Stripe Atlas.

17.    To my knowledge, Stripe Atlas does not allow one user to sign documents for another.  Nor does it allow documents to be backdated.

REPLY DECLARATION OF ROBIN LAVALLEE
CASE NO.: 3:24-cv-03744-WHO

18.    Each of these filings were signed by Jacob Stine and me using Stripe Atlas.  A true and correct copy of an email from Stripe Atlas to Jacob Stine dated January 24, 2023, and confirming that all Implicit founders signed the documents listed above is attached as Exhibit **B**.

19.    Jacob Stine used Stripe Atlas to sign his CSPA with Implicit, dated January 26, 2023, and attached as Exhibit B to my prior declaration in support of Implicit's moving papers ("First Lavallee Declaration").  Again, this document was not created after the fact.  A true and correct copy of contemporaneous written correspondence between Jacob Stine and myself evidencing that he used Stripe Atlas in connection with the CSPA is attached as Exhibit **C**.

20.    To further corroborate that Jacob Stine executed the CSPA on January 26, 2023, and that this document was not created after the fact, I attach a true and correct copy of the Implicit bank statement reflecting that Jacob Stine's stock purchase price of $42.50 was received on January 26, 2023, as Exhibit **D**.

21.    I note that it would be unwise for Jacob Stine to deny that the CSPA is an authentic document, signed by him on January 26, 2023, given that it is the basis upon which he would have any equity interest in Implicit.  Jacob Stine signed the CSPA in Stripe Atlas just like all of these other documents.  And his electronic signature on the CSPA is identical to all of these other documents.

22.    I also understand that Jacob Stine denies signing the CIIAA on January 24, 2023, which is attached to the First Lavallee Declaration at Ex. E.  But he did do so, again through Stripe Atlas.  The e-signature on the CIIAA is exactly how Stripe Atlas signs documents for Jacob Stine, as evidenced by comparing it to his signature on the CSPA.

23.    I also understand that Jacob Stine denies that Implicit had any Bylaws.  That is also false.  Implicit's Bylaws are attached to the First Lavallee Declaration at Ex. C.  On January 24, 2023, Jacob Stine signed a Board Consent, also on Stripe Atlas, adopting these Bylaws.  The Board Consent is attached to the First Lavallee Declaration at Ex. D.  Again, Jacob Stine's electronic signature on the Board Consent is identical to the Jacob Stine electronic signature on the CSPA.

24. Again, none of this could be a surprise to Jacob Stine. We corresponded in writing about Stripe Atlas and his signing the founder documents in January 2023 and he received direct email confirmation from Stripe Atlas regarding execution of founder documents in January 2023, per Exhibits B and C to this declaration and as described above.

25. As further evidence that Jacob Stine was aware of and used Stripe Atlas, I attach true and correct copies of February 2023 correspondence between myself and Jacob Stine regarding his use of Stripe Atlas for preparation and filing of his IRC 83(b) election with the Internal Revenue Service as Exhibit **E**.

26. And as further evidence that the Stripe Atlas corporate governance documents I have provided to the Court were created and signed on the dates stated on the documents and not created in May 2024 and backdated, as Jacob Stine implies, I have extracted the meta data for several of these documents for the Court's review. Stripe Atlas took all of the documents it generated for Implicit and converted the executed final versions to PDF format and stored them as a repository of corporate governance documents. I went to the Stripe Atlas repository and downloaded the following PDF documents: 1) Implicit's January 24, 2023, Board consent approving its bylaws; 2) Implicit's Bylaws; 3) Jacob Stine's CIIA with Implicit; and 4) Jacob Stine's CSPA with Implicit. Then I used Adobe Acrobat Reader software to extract the meta data from each PDF. This meta data shows when each PDF was created. I then took screenshots from Adobe Acrobat Reader and superimposed them on the first page of each of the above 4 documents so that the Court can easily compare the document with the date of its creation. The PDF meta data shows that the first 3 documents were created on January 24, 2023, and the last document was created on January 30, 2023. A true and correct copy of this meta data information is attached as Exhibit **F**.

27. Implicit later also began storing corporate records in a different portal called Carta. But the initial incorporation and corporate governance documents presented to the Court were generated and signed on Stripe Atlas.

28. In short, what I have presented to the Court are corporate records created through Stripe Atlas and faithfully reflecting when they were created and who signed them.

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014

**Additional Details Regarding The Repurchase Of Jacob Stine's Shares**

29.    As explained in the First Lavallee Declaration, on June 17, 2024, I sent to Jacob Stine, via overnight Fedex *and email*, notice that Implicit had elected to repurchase Jacob Stine's 2,656,250 unvested Implicit common shares.  Exhibit N of the First Lavallee Declaration attaches the text of the actual letter that I sent to Jacob Stine.  I emailed the repurchase notice to Jacob Stine at 5:49 pm on June 17.  A true and correct copy of my email to Jacob Stine, to which Exhibit N of the Lavallee Declaration ISO Motion was an attachment, is attached at Exhibit **G**.

30.    The second copy of the repurchase notice that I sent on June 17 was sent by Fedex overnight and contained a check for $26.57.  Implicit addressed it to Jacob Stine's PO Box because he had previously represented to me that he could not receive US Mail or Fedex deliveries to his home address and that they must be sent to his PO Box.

31.    Per Fedex records, my Fedex package containing the notice of repurchase was sent on June 17 with the label created at 3:12 p.m.  It was received by Jacob Stine at 10:30 a.m. on June 19.  True and correct copies of these records are attached as Exhibit **H**.

32.    After I emailed and Fedexed the notice of stock repurchase on June 17, I separately executed a Stockholder Resolution By Written Consent removing Jacob Stine from Implicit's Board, which I also emailed and Fedexed to Jacob Stine on June 17.

33.    On June 20, 2024, at 11:00 a.m., Jacob Stine's lawyer, Jackie Ford, emailed to me an action by stockholder consent signed by Jacob Stine and Sayed Mahmoud Alawi ("Alawi") purporting to remove me from the Implicit Board and purporting to have an effective date of June 19 ("Invalid Consent").  I attached a true and correct copy of the Invalid Consent as Exhibit R to the First Lavallee Declaration.  For the benefit of the Court, I also now attach to this declaration a true and correct copy of Jackie Ford's cover email to me on the morning of June 20 as Exhibit **I**.

34.    The attachment to the June 20 email I received from Ms. Ford, is the *only* means by which I received the Invalid Consent.  The Invalid Consent was not delivered to Implicit's principal place of business.  I also receive notice of all documents delivered to

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014

Implicit's Delaware registered agent and have not received notice that the Invalid Consent was served on Implicit's Delaware registered agent.

### Implicit's Principal Place of Business

35.    Since the formation of Implicit, I have held all officer positions under the Bylaws and approved by Implicit's Board, *i.e.*, President, Secretary and CEO.  I have always held all corporate records for Implicit.

36.    The principal place of business, where I fulfill my duties as President, Secretary and CEO of Implicit, oversee Implicit's distributed workforce, and conduct banking operations and other core functions has always been my home, 122 Holly Drive, Lansdale, PA 19446-1617.

37.    Implicit is registered to do business in the state of California.  A true and correct copy of Implicit's Statement and Designation, filed with the California Secretary of State and signed by Jacob Stine, states that the "Principal Address" of Implicit is 122 Holly Drive, Lansdale, PA 19446-1617.  A true and correct copy of this filing is attached as Exhibit **J.**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 23, 2024, in Lansdale, PA.

By: _____
Robin Lavallee

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014

REPLY DECLARATION OF ROBIN LAVALLEE
CASE NO.: 3:24-cv-03744-WHO

# Exhibit A

**Subject:** You've been added as a founder of Implicit Conversions, Inc. on Stripe Atlas
**From:** Stripe Atlas <atlas@stripe.com>
**Date:** 2022-11-21, 09:01
**To:** jake.stine@implicitconversions.com

**stripe**

### You've been added as a founder of Implicit Conversions, Inc.

Robin Lavallee is using Stripe Atlas to set up your company. Please sign your documents to finish the process.

### Sign your documents

After the company is incorporated, Atlas helps you open a business bank account, set up payroll, charge customers, and access over $100K in exclusive partner discounts.

If you have any questions, **we're here to help**.

– Stripe Atlas team

Stripe, 354 Oyster Point Blvd, South San Francisco, CA 94080

2024-07-21, 20:33

# Exhibit B

**Subject:** [Action required]: Pay for your shares and file an 83(b) election within 30 days
**From:** Stripe Atlas <atlas@stripe.com>
**Date:** 2023-01-24, 15:44
**To:** jake.stine@implicitconversions.com

**stripe**

Now that all Implicit Conversions, Inc. founders have signed their documents, it's time for you to (1) purchase your shares to officially own your equity, and (2) file an 83(b) election with the IRS to potentially save on future taxes.

**You must mail your 83(b) election within 30 calendar days of purchasing your equity.** This is a hard deadline–the IRS has no extensions.

### Finish setting up your company

Startup lawyers strongly recommend founders file an 83(b) election. If you have questions, **read our 83(b) election FAQ**, or **contact us**.

— The Stripe Atlas team

Stripe, 354 Oyster Point Blvd, South San Francisco, CA 94080

Email ID: em_w0rvrbg8jttu2tkonc7jhakrvdexc1

# Exhibit C

**Open in channel**
Jan 24th, 2023 at 2:59:03 PM

👍

**Jake** 1 year ago
ah, I clicked "atlas" under "more' and got something useufl.

image.png ▾



 **Robin** 1 year ago
lol

 **Robin** 1 year ago
You just need to go to Atlas

 **Robin** 1 year ago
Ignore everything else

 **Robin** 1 year ago
That's the only feature we are using. Stripe/Atlas

 **Robin** 1 year ago
There, awesome, you can sign the documents. Great!

 **Jake** 1 year ago
You can use a check, wire, or bank transfer to send $42.50 USD from your personal account to your company's bank account.

 **Jake** 1 year ago
but this goes to the Inc bank account right?

# Exhibit D

# SVB ▶ Silicon Valley Bank

3003 Tasman Drive, Santa Clara, CA 95054

**ADDRESS SERVICE REQUESTED**

>000104 7737156 0001 092196 10Z

IMPLICIT CONVERSIONS, INC.
122 HOLLY DRIVE
LANSDALE PA 19446

## January 2023

**Reporting Activity 01/11 - 01/31**          **Page 1 of 4**

### Managing Your Accounts

| | | |
|---|---|---|
|  **Phone:** | (408) 654-4636 |
|  **Toll-Free:** | (800) 774-7390 |
|  **Email:** | clientsupport@svb.com |
| **Online:** | www.svb.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| MONEY MARKET ACCOUNT | XXXXXX0060 | $85.05 |
| **Total Balance** | | **$85.05** |

# MONEY MARKET ACCOUNT - XXXXXX0060

## Account Summary

| Date | Description | |
|---|---|---|
| **01/11/2023** | **Beginning Balance** | **$0.00** |
| **01/31/2023** | **Ending Balance** | **$85.05** |
| | Total debits this period | $0.45 |
| | Total credits this period | $85.45 |
| | Service Charge | $0.00 |

## Interest Summary

| Description | |
|---|---|
| Interest Earned From 01/11/2023 Through 01/31/2023 | |
| Annual Percentage Yield Earned | 3.98% |
| Interest Days | 21 |
| Interest Earned | $0.05 |
| Interest Paid This Period | $0.05 |
| Interest Paid Year-to-Date | $0.05 |
| Interest Withheld Year-to-Date | $0.00 |

## Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/11/2023 | Beginning Balance | | | $0.00 |
| 01/23/2023 | ALLY BANK ACCTVERIFY 6330741385 ROBIN LAVALLEE | $0.00 | $0.21 | $0.21 |
| 01/23/2023 | ALLY BANK ACCTVERIFY 6330741387 ROBIN LAVALLEE | $0.00 | $0.24 | $0.45 |
| 01/23/2023 | ALLY BANK ACCTVERIFY 6330741389 ROBIN LAVALLEE | -$0.45 | $0.00 | $0.00 |
| 01/26/2023 | MOBILE DEPOSIT | $0.00 | $42.50 | $42.50 |

Member FDIC — EQUAL HOUSING LENDER

ALL SVB AUDIT CONFIRMATION REQUESTS SHOULD BE
SUBMITTED TO CAPITAL CONFIRMATION WWW.CONFIRMATION.COM

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ | |
| | | | | | | ADD | | |
| | | | | | | RECENT DEPOSITS (NOT CREDITED ON THIS STATEMENT) | | |
| | | | | | | | $ | |
| | | | | | | | | |
| | | | | | | SUBTOTAL | $ | |
| | | | | | | SUBTRACT TOTAL ITEMS OUTSTANDING | $ | |
| BALANCE should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest-ADD  Overdraft-DEDUCT  Automatic Payment-DEDUCT  Automatic Advance-ADD  Service Charge-DEDUCT | | | | | | **BALANCE** | $ | |

PLEASE REPORT ANY ERRORS OR OMISSIONS PROMPTLY TO US.  ERRORS OR OMISSIONS THAT ARE REPORTED WITHIN THE FIRST 30 DAYS FROM THE DATE OF THE LAST STATEMENT CYCLE ARE USUALLY RESOLVED MUCH MORE QUICKLY THAN DATED REQUESTS.  As a fraud prevention measure, you need to review your statements and report unauthorized use or errors to us, as explained in more detail below.

If your checkbook and statement do not balance have you:

☐ Accounted for bank charges?     ☐ Verified additions and sub-tractions in your checkbook?     ☐ Compared canceled checks to check stub?     ☐ Compared deposit amounts on statement to your checkbook?

Any charges for imprinted checks include state sales tax computed at the current rate, when applicable.  You can call (800) 774-7390 to request an item or substitute check, or a legible copy.  We will without charge provide at least two items (or substitute checks or legible copies) upon request, with respect to each statement.

_____

### IN CASE OF ERRORS OR QUESTIONS CONCERNING YOUR ELECTRONIC TRANSFERS
#### (For Consumer Clients)

Telephone Silicon Valley Bank at (800) 774-7390 or write us at: Silicon Valley Bank, Attn: Client Services, 3003 Tasman Drive, Santa Clara, CA 95054, as soon as you can, if you think your statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe this is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

For questions about preauthorized transfers, please contact us at (800) 774-7390.

_____

### IN CASE OF UNAUTHORIZED USE OF YOUR CHECKS OR ACCOUNTS

You agree to review your statement and to report unauthorized use (checks or other charges that are forged, altered or other unauthorized use) or error immediately.  Your deposit agreement sets specific times within which you must report unauthorized use or errors to us.  In summary (and subject to special rules that may apply to consumers), if you fail to report unauthorized use or errors to us within 30 days after your statement is available, you may be liable for subsequent unauthorized use by the same wrongdoer.  If you fail to report within 60 days, you may also be precluded from asserting the unauthorized use or other error against us.  Your statement is deemed "available" when made available in paper or electronic form.  Your deposit agreement or Related Agreements may set shorter reporting requirements, such as for ACH services.

_____

### FAIR CREDIT REPORTING ACT

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

_____

©2021 SVB Financial Group. All rights reserved. Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, MAKE NEXT HAPPEN NOW and the chevron device are trademarks of SVB Financial Group, used under license. Rev. 01/06/2021

![Silicon Valley Bank logo] **svb** **Silicon Valley Bank**

## MONEY MARKET ACCOUNT - XXXXXX0060 (continued)

**Account Activity** (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/27/2023 | ROBIN LAVALLEE P2P | $0.00 | $42.50 | $85.00 |
|  | ROBIN LAVALLEE |  |  |  |
| 01/31/2023 | INTEREST PAYMENT | $0.00 | $0.05 | $85.05 |
| 01/31/2023 | Ending Balance |  |  | $85.05 |

### Interest Rate Summary

| Date | Rate |
|---|---|
| 01/11/2023 | 4.25% |

Case 3:24-cv-03744-WHO    Document 24-1    Filed 07/23/24    Page 18 of 36



THIS PAGE LEFT INTENTIONALLY BLANK

# Exhibit E

**Robin** 9:19 PM
5 days left for 83(b)

**Jake** 9:20 PM
I did it last week

**Robin** 9:20 PM
Awesome, clicky the button in stripe

**Jake** 9:20 PM
thought I clicked the button

**Robin** 9:20 PM
image.png ▾

February 17th, 2023 ˅



I think you clicked only 1 button

it transforms into another button to click

https://dashboard.stripe.com/atlas

> **S dashboard.stripe.com**
> **Stripe Login | Sign in to the Stripe Dashboard**
> Sign in to the Stripe Dashboard to manage business payments and operations in your account. Manage payments and refunds, respond to disputes and more.

**Jake** 9:21 PM
someone should fuck that stupid button with sharp knives.

woo. Set a 1 and cause a panic across the compnay.

image.png ▾

# Exhibit F

**IMPLICIT CONVERSIONS, INC.**
**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS**

In accordance with
Implicit Conversions, Ir
members of the Compai
following resolutions by

1. **Incorporator**

   **RESOLVED:** Th
   Company is ratifi
   to the Company a
   liability incurred i

2. **Minute Book**

   **RESOLVED:** Th
   form, entitled "Mi
   incorporation and
   meetings of its dir
   (and if special hot
   stockholders' mee

3. **Election of Officers**

   **RESOLVED:** Th
   opposite each per:

   Name
   Robin Lavallee
   Robin Lavallee

4. **Adoption of Bylaws**

   **RESOLVED:** Th
   adopted as the By

   **RESOLVED FUR**
   certificate of the adoption of the Bylaws and insert it in the Company's Minute Book and that the officers of the
   Company are ordered to maintain a copy of such Bylaws in the principal office of the Company for the
   transaction of its business open for inspection by the stockholders at all reasonable times during office hours.

5. **Officers**

   **RESOLVED:** That the Chief Executive Officer is authorized to sign and deliver any agreement in the name of

---

Document Properties                                                                            ✕

Description  Security  Fonts    Custom  Advanced

Description

   File:  Board Approval.pdf

   Title:

   Author:

   Subject:

   Keywords:

   Created:  2023-01-24 16:44:53

   Modified:

   Application:

Advanced

   PDF Producer:  Qt 4.8.7

   PDF Version:  1.4 (Acrobat 5.x)

   Location:  C:\Users\robin\Downloads\Atlas documents - Implicit Conversions_ Inc\

   File Size:  39,44 KB (40 388 Bytes)

   Page Size:  8,50 x 11,00 in                    Number of Pages:  4

   Tagged PDF:  No                                 Fast Web View:  No

                                                    OK          Cancel

**BYLAWS OF**
**IMPLICIT CONVERSIONS, INC.**

**ARTICLE I**
**CORPORATE OFFICES**

**1.1. Offices**

In addition to the corporation's
Directors may at any time establish
business.

**2.1. Place Of Meetings**

Meetings of stockholders shall
Board of Directors. In the absence of
office of the corporation.

**2.2. Annual Meeting**

The annual meeting of stockho
of Delaware, as may be designated b
be elected and any other proper busi

**2.3. Special Meeting**

A special meeting of the stockh
the board, the chief executive officer
entitled to cast not less than 10% of

If a special meeting is called by
board, the chief executive officer or
and the general nature of the busines
registered mail or by email, fax, tele
board, the chief executive officer, the
such special meeting otherwise than
promptly given to the stockholders e
Article II, that a meeting will be held
35 nor more than 60 days after the re
the request, the person or persons rec
this Section 2.3 shall be construed as
action of the Board of Directors may

2.4. Notice Of Stockholders' Meetings

---

**Document Properties**                                                   ✕

Description  Security  Fonts    Custom  Advanced

Description

File:  Bylaws.pdf

Title:

Author:

Subject:

Keywords:

Created:  2023-01-24 16:44:45

Modified:

Application:

Advanced

PDF Producer:  Qt 4.8.7

PDF Version:  1.4 (Acrobat 5.x)

Location:  C:\Users\robin\Downloads\Atlas documents - Implicit Conversions_ Inc\

File Size:  90,05 KB (92 213 Bytes)

Page Size:  8,50 x 11,00 in          Number of Pages:  15

Tagged PDF:  No                      Fast Web View:  No

OK          Cancel

**IMPLICIT CONVERSIONS, INC.**

<u>**CONFIDENTIAL INFORMATION AND**</u>
<u>**INVENTION ASSIGNMENT AGREEMENT**</u>

*Employee Name: Jacob Stine*

*Effective Date: November 21, 2022*

As a condition of my becoming
Delaware corporation, or any of its cu
"Company"), and in consideration of
and hereafter paid to me by the Comp
with the Company, and other good an
acknowledged, I hereby agree to the

1. **Relationship**. This Confidentia
   apply to my employment relatio
   (1) year thereafter, either reemp
   apply to such later employment
   writing. Any employment or co
   upon or after the date of this A

2. **Applicability to Past Activitie**
   services or made efforts on beh
   business of the Company in ant
   the scope of my duties under th
   time prior to the Effective Date
   during the Prior Period: (i) I rec
   have been Confidential Informa
   of this Agreement; or (ii) I (a) c
   item (including any intellectual
   Company, or related to the curr
   with the Company, that would l
   invented, developed or reduced
   item any pre-existing invention
   information that would have be
   term of this Agreement; then an
   any such item shall be deemed
   to such activities, information c
   reduced to practice during the t

3. **Confidential Information**.

   (a) **Protection of Infor**
   provide me with certain information, including Confidential Information (as defined below), without
   which I would not be able to perform my duties to the Company. At all times during the term of the

**IMPLICIT CONVERSIONS, INC.**

**COMMON STOCK PURCHASE AGREEMENT**

This Common Stock Purchase Agreement (this "Agreement") is made as of the last date set forth on the signature pages hereto by and between Implicit Conversions, Inc., a Delaware corporation (the "Company"), and Jacob Stine ("Purchaser").

1. **Sale of Stock.** Subject t̄ and delivery of this Agreement (the "Purchase Date"), the Com̄ Company, 4,250,000 shares of per share for a total purchase p̄ Purchaser will deliver the Aggr̄ Purchaser's name as of such dā transfer agent of the Company. respect to the Shares as soon as refers to all of the Shares purch pursuant to stock dividends or s̄ merger, reorganization, exchan̄ to which Purchaser is entitled b̄

2. **Consideration.** As con̄ Purchaser will deliver the Aggr̄ ACH transfer or other such mē

3. **Limitations on Transf̄** Agreement are subject to (i) thē (without limitation) certain trār transfer (the "Transfer Restrict̄ applicable laws.

(a) **No Transfer V̄**

(i). No Shares̄ disposed of in any v̄ transfer, conveyanc̄ null and void.

(ii). **Exceptiō** Section 3 notwithst̄ intestacy to Holder̄ Family shall be exē shall mean lineal dē brother or sister (or̄ (or their antecedents or descendants), brother-in-law or sister-in-law (or their antecedents or

---

**Document Properties**    ✕

Description | Security | Fonts | Custom | Advanced

Description

File:    Common Stock Purchase Agreement for Jacob Stine.pdf

Title:

Author:

Subject:

Keywords:

Created:   2023-01-30 20:29:31

Modified:

Application:

Advanced

PDF Producer:   Qt 4.8.7

PDF Version:   1.4 (Acrobat 5.x)

Location:   C:\Users\robin\Downloads\Atlas documents - Implicit Conversions_ Inc\

File Size:   95,17 KB (97 450 Bytes)

Page Size:   8,50 x 11,00 in          Number of Pages:   16

Tagged PDF:   No          Fast Web View:   No

OK          Cancel

# Exhibit G

**Joe Palmieri**

---

**From:**           Robin Lavallee <robin@guibec.com>
**Sent:**           Monday, June 17, 2024 5:49 PM
**To:**             Jake Stine; Jake Stine
**Cc:**             Robin Lavallée
**Subject:**        Notice of Repurchase Options
**Attachments:**    Notice of Exercise of Repurchase Option.pdf


Dear Jake,

Please see the attached letter.

Regards,
Robin

1

# Exhibit H

**DELIVERED**

# Wednesday

6/19/24 at 10:40 AM

Your package was released as requested and safely delivered.

Signed for by: Signature not required

↓ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered



🔍 **Report missing package**

Want updates on this shipment? Enter your email and we will do the rest!

**Your email**

| | |
|---|---|
| | **SUBMIT** |

✖ Your email is a required field.

**MORE OPTIONS**

**TRACKING ID**

776905793420 ✏ ★ 📋

**FROM**
Implicit Conversions, Inc
Robin Lavallee
122 Holly Drive
LANSDALE, PA US 19446
4157169821

*Label Created*
6/17/24 3:12 PM

FORT WASHINGTON, PA
6/17/24 6:30 PM

**ON THE WAY**
MENLO PARK, CA
6/19/24 8:11 AM

**OUT FOR DELIVERY**
MENLO PARK, CA
6/19/24 8:11 AM

**DELIVERED**
Jacob Patrick Stine
100 REDWOOD DR
LA HONDA, CA US 94020
6503358946

*Delivered*
6/19/24 at 10:40 AM

**DELIVERED**

# Wednesday

6/19/24 at 10:40 AM

Your package was released as requested and safely delivered.

Signed for by: Signature not required

⤓ **Obtain proof of delivery**

**DELIVERY STATUS**

Delivered



🔲 Report missing package

Want updates on this shipment? Enter your email and we will do the rest!

**Your email**

[                              ]    **SUBMIT**

✖ Your email is a required field.

**MORE OPTIONS**

**TRACKING ID**

776905835198  ✏ ☆ 📋

**FROM**
Implicit Conversions, Inc
Robin Lavallee
122 Holly Drive
LANSDALE, PA US 19446
4157169821

*Label Created*
6/17/24 3:13 PM

FORT WASHINGTON, PA
6/17/24 6:30 PM

**ON THE WAY**
MENLO PARK, CA
6/19/24 8:11 AM

**OUT FOR DELIVERY**
MENLO PARK, CA
6/19/24 8:11 AM

✓ **DELIVERED**
Jacob Patrick Stine
100 REDWOOD DR
LA HONDA, CA US 94020
6503358946

*Delivered*
6/19/24 at 10:40 AM

2

# Exhibit I

---------- Forwarded message ---------
De : **Jackie Ford** <jford@structurelaw.com>
Date: jeu. 20 juin 2024, à 11 h 00
Subject: Stockholder Consent // Implicit Conversions, Inc.
To: robin.lavallee@implicitconversions.com <robin.lavallee@implicitconversions.com>,
robin@guibec.com <robin@guibec.com>
Cc: isabelle@implicitconversions.com <isabelle@implicitconversions.com>, Noah Downs
<noah@premackrogers.com>, Titania Jackson <titania@premackrogers.com>, Jake Stine
<jake.stine@gmail.com>, Juanita Traver Stine <jtraver6@yahoo.com>, m.a.hot.m@gmail.com
<m.a.hot.m@gmail.com>, Karen Rothschild <krothschild@structurelaw.com>


Robin,


Please see attached.  A majority of the stockholders of Implicit Conversions, Inc. has removed you from
the Board of Directors.


Regards,


Jackie M. Ford, Esq.
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, CA  95110
408-441-7500
jford@structurelaw.com


This E-mail is an electronic communication under the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the intended recipient.  This E-mail may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than then the intended recipient does not constitute a loss of the confidential or privileged nature of the communication.  Any review or distribution by others is strictly prohibited.  If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication.

# Exhibit J



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT AND DESIGNATION - OUT-OF-STATE STOCK CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

5773063

| | For Office Use Only |
|---|---|
| | **-FILED-** |
| | File No.: 5773063 |
| | Date Filed: 6/14/2023 |

| Corporation Name | |
|---|---|
| Corporation Name | Implicit Conversions, Inc. |

| Jurisdiction | |
|---|---|
| This Corporation is Formed in | DELAWARE |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 122 HOLLY DRIVE<br>LANSDALE, PA 19446-1617 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | PO BOX 332<br>LA HONDA, CA 94020 |
| Attention | Juanita Traver Stine |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 100 REDWOOD DRIVE<br>LA HONDA, CA 94020 |

| Agent for Service of Process | |
|---|---|
| Agent Name | Jacob P Stine |
| Agent Address | 100 REDWOOD DRIVE<br>LA HONDA, CA 94020 |

Consent to Service of Process

The corporation irrevocably consents to service of process directed to the corporation upon the agent designated and to service of process on the Secretary of State if the agent designated or the agent's successor is no longer authorized to act or cannot be found at the address given.

Consent under this paragraph extends to service of process directed to the out-of-state corporation's agent in this state for a search warrant issued pursuant to California Penal Code section 1524.2, or for any other validly issued and properly served search warrant, for records or documents that are in the possession of the out-of-state corporation and are located inside or outside of this state. This shall apply to a out-of-state corporation that is a party or a nonparty to the matter for which the search warrant is sought. "Properly served" means delivered by hand, or in a manner reasonably allowing for proof of delivery if delivered by United States mail, overnight delivery service, or facsimile to a person or entity listed in California Corporations Code section 2110, or any other means specified by the out-of-state corporation, including, but not limited to, email or submission via an Internet Web portal that the out-of-state corporation has designated for the purpose of service of process.

Electronic Signature

☒  I am a corporate officer and am authorized to sign on behalf of the out-of-state corporation.

*Jacob Stine*                                            *06/14/2023*

Signature                                                 Date

Page 1 of 2

# Delaware

Page 1

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "IMPLICIT CONVERSIONS, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-EIGHTH DAY OF FEBRUARY, A.D. 2023.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "IMPLICIT CONVERSIONS, INC." WAS INCORPORATED ON THE TWENTY-FIRST DAY OF NOVEMBER, A.D. 2022.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.*

Jeffrey W. Bullock, Secretary of State

7150323  8300

SR# 20230785533

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202807077

Date: 02-28-23

B1865-0655 06/14/2023 5:37 PM Received by California Secretary of State

Page 2 of 2