GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA 95014
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Counterdefendant
ROBIN LAVALLEE

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT CONVERSIONS, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB STINE, an individual, JUANITA TRAVER STINE, an individual, SAYED MAHMOUD ALAWI, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  3:24-cv-03744-WHO<br><br>**[PROPOSED] ORDER GRANTING COUNTERDEFENDANT ROBIN LAVALLEE'S MOTION TO DISMISS COUNTERCLAIM OF JACOB STINE**<br><br>Hearing Date:  October 9, 2024<br>Time:  2:00 p.m.<br>Judge:  William H. Orrick<br>Courtroom:  2 - 17th Floor<br><br>Date Action Filed: June 21, 2024 |

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014

Before the Court is counterdefendant Robin Lavallee's ("Lavallee") Motion to Dismiss Counterclaims One and Five of defendant and counterclaimant Jacob Stine's Answer to Complaint and Counterclaim (the "Counterclaim") (Dkt. No. 25).  Having considered the papers submitted in support of and in opposition to the motion, the relevant law, all documents and pleadings on file with the Court in this matter, and the arguments of counsel, the Court GRANTS Lavallee's motion.

The Court finds that Counterclaims One and Five of Jacob Stine's Counterclaim fail to state facts sufficient to state a claim for relief against Lavallee.  The Court further finds that further amendment would be futile.

Accordingly, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Court hereby dismisses Counterclaims One and Five as to Lavallee with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Dated: _____

_____
WILLIAM H. ORRICK
United States District Judge

[PROPOSED] ORDER GRANTING LAVALLEE'S MOTION TO DISMISS STINE'S COUNTERCLAIMS
Case No.  3:24-cv-03744-WHO