GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
JOSEPH B. PALMIERI, ESQ. (SBN 312725)
(jp@grellas.com)
VIVI T. LEE, ESQ. (SBN 247513)
(vl@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA 95014
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Counterdefendants
IMPLICIT CONVERSIONS, INC. and ROBIN LAVALLEE

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT CONVERSIONS, INC, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB STINE, an individual, JUANITA TRAVER STINE, an individual, SAYED MAHMOUD ALAWI, an individual, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>JACOB STINE, an individual; JUANITA TRAVER STINE, an individual,<br><br>Counterclaimants,<br><br>vs.<br><br>IMPLICIT CONVERSIONS, INC, a Delaware Corporation; and ROBIN LAVALLEE, an individual,<br><br>Counterdefendants. | Case No. 3:24-cv-03744-WHO<br><br>**[PROPOSED] ORDER GRANTING COUNTERDEFENDANTS IMPLICIT CONVERSIONS, INC. AND ROBIN LAVALLEE'S MOTIONS TO STRIKE UNDER CAL. CODE CIV. PROC. § 425.16 AND DISMISS UNDER FED. R. CIV. PROC. 12(B) THE AMENDED COUNTERCLAIM OF JUANITA TRAVER STINE**<br><br>Hearing Date: January 15, 2025<br>Time: 2:00 p.m.<br>Judge: William H. Orrick<br>Courtroom: 2 - 17th Floor<br><br>Date Action Filed: June 21, 2024 |

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014

Before the Court is counterdefendants Implicit Conversions, Inc. ("Implicit") and Robin Lavallee's ("Lavallee") Motions to Strike Counterclaim Three and to Dismiss Counterclaims One, Two and Three of defendant and counterclaimant Juanita Traver Stine's ("Traver Stine") Answer to Complaint and First Amended Counterclaim (the "Amended Counterclaim") (Dkt. No. 56). Having considered the papers submitted in support of and in opposition to the motion, the relevant law, all documents and pleadings on file with the Court in this matter, and the arguments of counsel, the Court GRANTS Implicit and Lavallee's motions.

The Court finds that Counterclaim Three of the Amended Counterclaim arises from an act in furtherance of Lavallee's constitutional rights to petition and free speech and that Traver Stine has not presented a sufficient legal basis for her claim attacking Lavallee's protected activities.

The Court finds that Counterclaims One, Two and Three of the Amended Counterclaim fail to state facts sufficient to state a claim for relief. The Court further finds that further amendment would be futile.

Accordingly, pursuant to section 425.16(b) of the California Code of Civil Procedure, the Court hereby strikes Counterclaim Three. Traver Stine is hereby ordered to reimburse Lavallee his attorneys' fees and costs pursuant to section 425.16(c) of the California Code of Civil Procedure. The Court hereby dismisses Counterclaims One, Two and Three, with prejudice and without leave to amend, pursuant to rule 12(b)(6) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: ______________

_________________________________
WILLIAM H. ORRICK
United States District Judge