UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IMPLICIT CONVERSIONS, INC., a Delaware Corporation,

Plaintiff,

v.

JACOB STINE, an individual, JUANITA TRAVER STINE, an individual, PROJECT CRAYON, a California Limited Liability Corporation, and DOES 1-10, inclusive,

Defendants.

JACOB STINE, an individual; and JUANITA TRAVER STINE, an individual,

Counterclaimants,

v.

IMPLICIT CONVERSIONS, INC., a Delaware Corporation; and ROBIN LAVALLEE, an individual,

Counterdefendants.

Case No. 3:24-cv-03744-WHO

**[PROPOSED] ORDER GRANTING JACOB STINE AND PROJECT CRAYON, LLC'S MOTION TO DISMISS TORTIOUS INTERFERENCE AND UNFAIR COMPETITION CLAIMS**

Date: August 13, 2025
Time: 2:00 p.m.
Judge: Hon. William H. Orrick

Before the Court is defendants Jacob Stine and Project Crayon's (collectively "Defendants") motion to dismiss Implicit's Eight Cause of Action for Tortious Interference with Prospective Economic Advantage and Ninth Cause of Action for Violation of California Business and Professions Code §17200. (ECF Dkt. 93). Having considered the papers submitted in support of and in opposition to this motion, the relevant law, all documents and pleadings on file with the Court in this matter, and the arguments of counsel, the Court GRANTS Defendants' motion.

The Court finds that Implicit's Eighth and Ninth Causes of Action are preempted by the California Uniform Trade Secrets Act and are subject to dismissal. The Court further finds that further amendment would be futile.

Accordingly, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and California Civil Code section 3426 *et seq.*, the Court hereby dismisses Implicit's Eighth and Ninth Causes of Action with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Date: _________________

________________________________
WILLIAM H. ORRICK
United Stated District Judge