UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 26, 2025 | **Time:** 10 minutes<br>2:03 p.m. to 2:13 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 24-cv-03744-WHO | **Case Name:** Implicit Conversions, Inc. v. Stine | |

**Attorneys for Plaintiff:**   Joseph Palmieri
**Attorney for Defendant:**   Jaclyn M. Ford

**Deputy Clerk:** Jean Davis                    **Court Reporter:** Electronically Recorded

## PROCEEDINGS

Case Management Conference conducted via videoconference. Counsel are not in agreement as to an appropriate extension of the litigation schedule. The Court asks counsel whether all the trade secret issues have been fully identified. The Court directs counsel to complete the meet and confer process regarding this issue immediately and advise the Court by way of joint letter brief if guidance of the Court is necessary. The Court continues the case schedule as listed below and directs that the Reply briefs for the dispositive motions should be filed by October 8, 2025. Counsel may stipulate to other dates consistent with the ones set forth below.

**Dispositive Motions heard by:**      October 22, 2025
**Pretrial Conference:**                      **December 15, 2025 at 2:00 p.m.**
**Trial:**                                              **January 5, 2026 at 8:30 a.m. by Jury**