1
2
3
4
5
6  UNITED STATES DISTRICT COURT
7  NORTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| IMPLICIT CONVERSIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JACOB STINE, an individual, JUANITA TRAVER STINE, an individual, PROJECT CRAYON LLC, a California Limited Liability Corporation, and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br><br>JACOB STINE, an individual, JUANITA TRAVER STINE, an individual,<br><br>　　　　Counter-claimants,<br><br>　　v.<br><br>IMPLICIT CONVERSIONS, INC., a Delaware Corporation; and ROBIN LAVALLEE, an individual,<br><br>　　　　Counter-defendants. | Case No. 3:24-cv-03744-WHO<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY SONY INTERACTIVE ENTERTAINMENT LLC'S REQUEST TO KEEP DOCUMENTS UNDER SEAL RE: DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Date:　September 17, 2025<br>Time:　2:00 p.m.<br>Judge:　Hon. William H. Orrick |

4142-3344-4191

[PROPOSED] ORDER
3:24-cv-03744-WHO

Having considered the parties' papers, the applicable law, and the relevant pleadings and papers on file, and arguments with respect to Non-Party Sony Interactive Entertainment LLC's ("SIE") Request to Keep Documents Under Seal regarding Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, and good cause appearing, the Court orders as follows:

Non-Party SIE's Request to Keep Documents Under Seal regarding Defendants' Administrative Motion to Consider Whether Another Party's Material Should be Sealed The Administrative Motion to Consider Whether Another Party's Materials Should be Sealed is hereby **GRANTED**. SIE has demonstrated that the information is confidential and reveals confidential communications and internal procedures and business strategies, and should not be released in the public record. The designated portions of the filings are sealed as follows:

| **Source** | **Page and Line** | **Explanation** |
|---|---|---|
| Ford Declaration at Ex. D (Dkt. No. 113.1) Murphy Dep. Tr. | 69:8-20 | Discusses confidential communications with SIE's partners regarding misuse of our partners' intellectual property. |
| Ford Declaration at Ex. D (Dkt. No. 113.1) Murphy Dep. Tr. | 70:2-22 | Discusses internal SIE's procedures and business strategies regarding selecting and hiring vendors. |
| Ford Declaration at Ex. E (Dkt. No. 113.1) Lindquist Dep. Tr. | 42:5-43:23 | Discusses confidential communications with SIE's partners regarding misuse of our partners' intellectual property. |
| Ford Declaration at Ex. E (Dkt. No. 113.1) Lindquist Dep. Tr. | 47:3-48:14 | Discusses confidential communications with SIE's partners regarding misuse of our partners' and SIE's intellectual property. |
| Ford Declaration at Ex. E (Dkt. No. 113.1) Lindquist Dep. Tr. | 96:18-97:7 | Discusses both confidential communications with SIE's partners regarding misuse of our partners' intellectual property and internal SIE procedures, policies, and strategy regarding selecting and hiring vendors. |

| Source | Page and Line | Explanation |
|---|---|---|
| Ford Declaration at Ex. E (Dkt. No. 113.1) Lindquist Dep. Tr. | 97:13-98:25 | Discusses confidential communications with SIE's partners regarding misuse of our partners' intellectual property. |
| Opposition Brief (Dkt. No. 113) | 1:15-21, 3:5-10, 3:15-23 | References the confidential topics discussed in both deposition transcripts. |

The above documents are sealed and will not be released in the public record.

**IT IS SO ORDERED.**

Dated: _____          _____
                                   Hon. William H. Orrick
                                   United States District Judge