GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
JOSEPH B. PALMIERI, ESQ. (SBN 31275)
(jp@grellas.com)
550 California Street, Suite 1040
San Francisco, CA 94104
Telephone: (408) 255-6310
Facsimile: (408) 255-6350

Attorneys for Plaintiff and Counterdefendant
IMPLICIT CONVERSIONS, INC. and
Counterdefendant ROBIN LAVALLEE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT CONVERSIONS, INC, a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JACOB STINE, an individual, JUANITA TRAVER STINE, an individual, PROJECT CRAYON LLC, a California Limited Liability Corporation, and DOES 1-10, inclusive, <br><br> Defendants. <br><br> JACOB STINE, an individual; JUANITA TRAVER STINE, an individual, <br><br> Counterclaimants, <br><br> vs. <br><br> IMPLICIT CONVERSIONS, INC, a Delaware Corporation; and ROBIN LAVALLEE, an individual, <br><br> Counterdefendants. | Case No. 3:24-cv-03744-WHO <br><br> **STIPULATION OF ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |

Grellas Shah LLP
550 California St., Suite 1040
San Francisco, CA 94104

Plaintiff Implicit Conversions Inc. ("Implicit") and defendants Jacob Stine ("Stine"), Juanita Traver Stine ("Traver Stine"), and Project Crayon LLC ("Project Crayon") stipulate to the entry of a judgment and permanent injunction as follows:

Stine, Traver Stine, and Project Crayon are enjoined from (1) accessing Implicit's confidential computer systems; and (2) to the extent any of the following information is not publicly available or is not kept confidential by Implicit, they are enjoined from acquiring, using or disclosing to any third-party Implicit confidential, proprietary, and trade secret information, including: all source code and software tools which are protected by Implicit logins from Git, GitHub, and GitLab; all source code from any Implicit source code repository; all confidential partner source code; all generated binary files; all intermediate object files; all game symbol files; business development plans and strategic initiatives; information and communications concerning ongoing customer negotiations; confidential customer contracts; internal budgeting and forecasts; and financial records. For the purposes of this judgment and permanent injunction, information shall not be deemed publicly available if it became or becomes publicly available, directly or indirectly, due to any act or omission by Stine, Traver Stine, or Project Crayon. Further, any information that is provided to Stine, Traver Stine, or Project Crayon from a third-party which, in Stine, Traver Stine, or Project Crayon's reasonable belief, is not, at the time the information is provided, under any conflicting legal obligation to Implicit, shall not be deemed subject to this judgment and permanent injunction. This permanent injunction shall apply after such point as Stine, Traver Stine, or Project Crayon cease to have such reasonable belief. Further, information shall not be deemed to have not been kept confidential by Implicit because of any act or omission by Stine, Traver Stine, or Project Crayon.

//

//

//

//

//

STIPULATED JUDGMENT AND PERMANENT INJUNCTION - 2

Implicit confidential, proprietary, and trade secret information does not include information that is unmodified open-source code or third-party source code that Stine, Traver Stine, or Project Crayon rightfully receive from a third party and not from Implicit.

Dated:                                          /s/
                                                Dhaivat H. Shah
                                                Attorneys for Plaintiff and Counterclaim
                                                Defendant IMPLICIT CONVERSIONS, INC. and
                                                Counterclaim Defendant ROBIN LAVALLEE


Dated:                                          /s/
                                                Jackie Ford, Esq.
                                                Karen Rothschild, Esq.
                                                Attorneys for Defendants and Counterclaimants
                                                JACOB STINE, JUANITA TRAVER
                                                STINE, PROJECT CRAYON LLC


Pursuant to the stipulation of the parties, **IT IS SO ORDERED.**

DATED: September 30, 2025

Hon. William H. Orrick
District Court Judge

STIPULATED JUDGMENT AND PERMANENT INJUNCTION - 3